UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ANDREWS, DREAMBUILDER
HOLDINGS, LLC, DREAMBUILDER
INVESTMENTS, LLC, LIBERTY HOLDINGS
NYC, LLC, ARETE PORTFOLIO MANAGEMENT,
LLC and PETER ANDREWS on behalf of
DREAMBUILDER HOLDINGS, LLC,
DREAMBUILDER INVESTMENTS, LLC,
LIBERTY HOLDINGS NYC, LLC, ARETE
PORTFOLIO MANAGEMENT, LLC,

                                Plaintiffs,

            -against-

PAUL W. VERNER,

                                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2019

19 Civ. 8451 (AT)

**ORDER TO SHOW CAUSE
FOR ENTRY OF
<u>DEFAULT JUDGMENT</u>**

ANALISA TORRES, District Judge:

On November 1, 2019, on Plaintiffs' motion, the Court ordered Defendant to appear at a hearing on December 2, 2019, at 1:00 p.m., to show cause why a default judgment should not be entered against him (the "November 1 Order"). ECF No. 22. On November 8, 2019, Defendant *pro se* entered an appearance in this case, and moved to adjourn the initial pretrial conference scheduled for November 25, 2019. ECF Nos. 25, 26. Having reviewed Defendant's submissions, it is hereby ORDERED that:

(1) The initial pretrial conference scheduled for November 25, 2019, is ADJOURNED to **December 2, 2019**, at **1:00 p.m.**, and consolidated with the show cause hearing scheduled for that date and time.

(2) By **November 25, 2019**, the parties shall submit a proposed case management plan and a joint letter, as required by the Court's order of September 24, 2019. ECF No. 8 ¶ 4.

(3) As required by the November 1 Order, by **November 15, 2019**, Defendant shall respond to Plaintiffs' motion for default. By **November 22, 2019**, Plaintiffs shall submit their reply, if any.

(4) Plaintiffs **shall not** submit the brief ordered in paragraph 6 of the November 1 Order addressing the Court's jurisdiction, the basis for Plaintiffs' cause of action, and the potential impact of the Federal Arbitration Act.

The Clerk of Court is directed to terminate the motion at ECF No. 26.

        SO ORDERED.

Dated:  November 12, 2019
         New York, New York

_____
ANALISA TORRES
United States District Judge