UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ANDREWS, DREAMBUILDER
HOLDINGS, LLC, DREAMBUILDER
INVESTMENTS, LLC, LIBERTY HOLDINGS
NYC, LLC, ARETE PORTFOLIO MANAGEMENT,
LLC and PETER ANDREWS on behalf of
DREAMBUILDER HOLDINGS, LLC,
DREAMBUILDER INVESTMENTS, LLC,
LIBERTY HOLDINGS NYC, LLC, ARETE
PORTFOLIO MANAGEMENT, LLC,

                              Plaintiffs,

        -against-

PAUL W. VERNER,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2019

19 Civ. 8451 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        For reasons stated on the record at the hearing on December 3, 2019, the Clerk's
Certificate of Default, ECF No. 16, is VACATED.  Accordingly, Plaintiffs' motion for a default
judgment, ECF No. 18, is DENIED.

        SO ORDERED.

Dated: December 3, 2019
        New York, New York

_____
        ANALISA TORRES
    United States District Judge