UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2020_____

PETER ANDREWS, DREAMBUILDER
HOLDINGS, LLC, DREAMBUILDER
INVESTMENTS, LLC, LIBERTY HOLDINGS
NYC, LLC, ARETE PORTFOLIO MANAGEMENT,
LLC and PETER ANDREWS on behalf of
DREAMBUILDER HOLDINGS, LLC,
DREAMBUILDER INVESTMENTS, LLC,
LIBERTY HOLDINGS NYC, LLC, ARETE
PORTFOLIO MANAGEMENT, LLC,

19 Civ. 8451 (AT)

                    Plaintiffs,

        -against-

**ORDER**

PAUL W. VERNER,

                    Defendant.

ANALISA TORRES, District Judge:

        On January 29, 2020, Plaintiffs moved by order to show cause for a preliminary
injunction restraining Defendant from appearing adversely to them in an arbitration proceeding.
ECF Nos. 47–51.  Having reviewed Plaintiffs' submissions, it is hereby ORDERED that:

(1) On **February 20, 2020**, at **1:20 p.m.**, the parties shall appear for a hearing on Plaintiffs'
    motion for a preliminary injunction, in Courtroom 15D of the United States Courthouse,
    500 Pearl Street, New York, New York.
(2) By **February 6, 2020**, Defendant shall file any opposition to Plaintiffs' motion.
(3) By **February 13, 2020**, Plaintiffs shall file their reply, if any.

        SO ORDERED.

Dated: January 29, 2020
        New York, New York

_____
                ANALISA TORRES
            United States District Judge