

Patrick J. McHugh
pmchugh@mhr-lewis.com
203 244 0646

January 20, 2020

**VIA ECF FILING AND EMAIL**

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     *Andrews et al. v. Verner*
~~1:19 cv 8541 (AT)~~     **19 Civ. 8451**

Dear Judge Torres,

    Plaintiffs have filed an Order to Show Cause today with supporting documents. [ECF Docket No. 47]. Among the supporting documents is the Declaration of Plaintiff Peter Andrews with Exhibits A-K attached. All exhibits are included in the public file but for the last 4 (Exhibits H-K).

    In an excess of caution and in deference to Defendant, Plaintiffs respectfully move that the exhibits to the supporting declaration be filed under seal, should Defendant deem such sealing appropriate.

                               Respectfully,

Cc:    Paul W. Verner (w/enclosures)          Patrick J. McHugh
         pwverner@vernerlaw.com

DENIED. The Court has already addressed the precise justification for sealing advanced here--"an excess of caution and . . . deference to Defendant"--in a prior order, and explained why it falls woefully short of the standard imposed by this Court's rules and the Constitution. ECF No. 43.

The Clerk of Court is directed to terminate the motions at ECF Nos. 52 and 53. The Clerk is further directed to docket this order in Case No. 19 Civ. 8451.

SO ORDERED.

Dated: January 29, 2020
     New York, New York

_____
**ANALISA TORRES**
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2020