USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ANDREWS, DREAMBUILDER HOLDINGS, LLC, DREAMBUILDER INVESTMENTS, LLC, LIBERTY HOLDINGS NYC, LLC, ARETE PORTFOLIO MANAGEMENT, LLC and PETER ANDREWS on behalf of DREAMBUILDER HOLDINGS, LLC, DREAMBUILDER INVESTMENTS, LLC, LIBERTY HOLDINGS NYC, LLC, ARETE PORTFOLIO MANAGEMENT, LLC,

                Plaintiffs,

   -against-

PAUL W. VERNER,

                Defendant.

19 Civ. 8451 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 29, 2020, the Court ordered Defendant to respond to Plaintiffs' motion for a preliminary injunction by February 6, 2020. ECF No. 54. That submission is now overdue. It is ORDERED that by **February 10, 2020**, Defendant shall file his opposition.

    SO ORDERED.

Dated: February 7, 2020
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge