USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ANDREWS, DREAMBUILDER HOLDINGS, LLC, DREAMBUILDER INVESTMENTS, LLC, LIBERTY HOLDINGS NYC, LLC, ARETE PORTFOLIO MANAGEMENT, LLC and PETER ANDREWS on behalf of DREAMBUILDER HOLDINGS, LLC, DREAMBUILDER INVESTMENTS, LLC, LIBERTY HOLDINGS NYC, LLC, ARETE PORTFOLIO MANAGEMENT, LLC,

       Plaintiffs,

 -against-

PAUL W. VERNER,

       Defendant.

19 Civ. 8451 (AT)

**ORDER**

ANALISA TORRES, District Judge:

 In light of the order entered by the Honorable Kevin Nathaniel Fox extending discovery through May 1, 2020, ECF No. 91, the case management conference scheduled for April 21, 2020, is ADJOURNED to **May 20, 2020** at **11:20 a.m.**. By **May 13, 2020**, the parties shall submit a joint status letter. The conference shall proceed telephonically. The parties are directed to each call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

 The parties are reminded that any motion for summary judgment must be made in compliance with Rule III(C) of the Court's Individual Practices in Civil Cases and Paragraph 8 of the Scheduling Order and Case Management Plan, ECF No. 42.

 SO ORDERED.

Dated: April 15, 2020
   New York, New York

              ANALISA TORRES
              United States District Judge