USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/26/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER ANDREWS, DREAMBUILDER HOLDINGS, LLC, DREAMBUILDER INVESTMENTS, LLC, LIBERTY HOLDINGS NYC, LLC, ARETE PORTFOLIO MANAGEMENT, LLC and PETER ANDREWS on behalf of DREAMBUILDER HOLDINGS, LLC, DREAMBUILDER INVESTMENTS, LLC, LIBERTY HOLDINGS NYC, LLC, ARETE PORTFOLIO MANAGEMENT, LLC,

                 Plaintiffs,

  -against-

PAUL W. VERNER,

                 Defendant.

19 Civ. 8451 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On June 17, 2020, Defendant submitted a letter seeking leave to file a motion for summary judgment. ECF No. 112. Pursuant to Rule III(C)(iii) of the Court's Individual Practices in Civil Cases, Plaintiffs were required to file a response within five business days. That submission is now overdue. Accordingly, it is ORDERED that by June 29, 2020, Plaintiff shall respond to Defendant's letter in a filing consistent with the Court's Individual Practices.

      SO ORDERED.

Dated: June 26, 2020
       New York, New York

                                        ANALISA TORRES
                                     United States District Judge